# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SHAWN J. BELLISTRI,

    Plaintiff,

v.                                        No. 1:20-cv-00919-KG-SMV

SOCIAL SECURITY ADMINISTRATION
APPEALS COUNCIL,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
UNITED STATES DISTRICT JUDGE